No. 07-15-00012-CR

| | | |
|---|---|---|
| Mark Hoff | § | From the County Court at Law |
|   Appellant | |   of Navarro County |
| | § | |
| v. | | February 13, 2017 |
| | § | |
| The State of Texas | | Opinion by Justice Pirtle |
|   Appellee | § | Concurring Opinion |
| | |   by Chief Justice Quinn |
| | | Concurring and Dissenting Opinion |
| | |   by Justice Campbell |

## J U D G M E N T

Pursuant to the opinion of the Court dated February 13, 2017, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o